IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**HERSHEL KAGEN**                                       **PLAINTIFF**

V.                           1:04CV0074JMM

**HARTFORD LIFE AND**
**ACCIDENT INSURANCE COMPANY**               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on August 13, 2007, Judgment is hereby entered in favor of the Defendant in the amount of $30,991.67. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 26th day of September 2007.

                                             _____
                                             James M. Moody
                                             United States District Judge